**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:20-cv-242-MOC-WCM**

| | |
|---|---|
| **DONNA S. SHOOK, as Executrix of the Estate of Jean S. Satterfield, aka Jean S. Penland,**<br><br>      **Plaintiff,**<br><br>**vs.**<br><br>**BOSTON SCIENTIFIC CORP.,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>) |

   **THIS MATTER** comes before the Court on a Motion to Dismiss filed by Defendant, (Doc. No. 6), in which Defendant asks this Court to dismiss Plaintiff's Complaint.

   Plaintiff filed an Amended Complaint on January 10, 2021. (Doc. No. 11). Because the original Complaint has been superseded, the motion to dismiss that Complaint is now moot.

   **IT IS THEREFORE ORDERED** that:

   (1) Defendant's Motion to Dismiss, (Doc. No. 6), is **DENIED** and **DISMISSED** as

     **MOOT**.

      Signed: January 25, 2021

       Max O. Cogburn Jr.
       United States District Judge

1