IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00242-MOC-WCM

| | |
|---|---|
| DONNA S SHOOK )<br>as Executrix of the Estate of )<br>Jean S. Satterfield )<br>also known as )<br>Jean S. Penland )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOSTON SCIENTIFIC CORPORATION )<br>)<br>Defendant. )<br>) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by Leslie C. Packer. The Motion indicates that Ms. Packer, a member in good standing of the Bar of this Court, is local counsel for Boston Scientific Corporation and that she seeks the admission of Michael J. Carroll, who the Motion represents as being a member in good standing of the Bar of the State of Iowa. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Michael J. Carroll to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 24, 2021

W. Carleton Metcalf
United States Magistrate Judge