IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00242-MOC-WCM

| | | |
|---|---|---|
| DONNA S SHOOK<br>as Executrix of the Estate of<br>Jean S. Satterfield<br>also known as<br>Jean S. Penland | )<br>)<br>)<br>)<br>)<br>) | ORDER |
| Plaintiff, | ) | |
| v. | )<br>) | |
| BOSTON SCIENTIFIC CORPORATION | )<br>) | |
| Defendant. | )<br>) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 24) filed by Christopher W. Jackson. The Motion indicates that Mr. Jackson, a member in good standing of the Bar of this Court, is local counsel for Boston Scientific Corporation and that he seeks the admission of Erica Abshez Moran, who the Motion represents as being a member in good standing of the Bar of the State of Minnesota. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 24) and **ADMITS** Erica Abshez Moran to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 27, 2021

W. Carleton Metcalf
United States Magistrate Judge